[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-12990
Non-Argument Calendar

_____

D.C. Docket No. 3:13-cr-00041-MMH-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EUGENE BRUCE GRISSETT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 3, 2015)

Before WILLIAM PRYOR, MARTIN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Eugene Grissett, has moved to

withdraw from further representation of the appellant and has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967).   Our independent review of the entire record reveals that counsel's assessment of the merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Grissett's conviction and sentence are **AFFIRMED**.